UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOUR-LEAF CLOVER DAIRY, LLC, | ) | Case No. 10-13574 |
| | ) | |
| Debtor. | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| NAME OF CREDITOR | AMOUNT OF CLAIM |
|---|---|
| L&P Heifers<br>PO Box 185<br>Shipshewana, IN 46565-0185 | $145,300.00 |
| Cooper Farms, Inc.<br>2321 State Route 49<br>Fort Recovery, OH 45846 | $119,586.95 |
| Phenix Farms, Inc.<br>11293 S 700 E 90<br>Geneva, IN 46740 | $79,664.77 |
| Wenger, Jim<br>2254 S State Road 301<br>Bluffton, IN 46714-9316 | $70,000.00 |
| Egbert Ok Livestock<br>12361 Lock Two Road<br>Botkins, OH 45306 | $69,704.87 |
| Jay Parker & Sons LLC<br>10462 S 450 W<br>Silver Lake, IN 46982-9154 | $69,350.09 |

| | |
|---|---|
| Brain Wuertemberger<br>4562 Locust Grove Rd<br>Richmond, IN 47374-9427 | $49,469.81 |
| EMJ Farms<br>5135 S 500 E<br>Bluffton, IN 46714-9639 | $49,070.33 |
| DeLaval Direct Distribution, LLC<br>4300 E 100 N Dustman Road<br>Bluffton, IN 46714-9347 | $42,562.64 |
| ADM Allicance Nutrition Inc.<br>1000 N 30th St<br>Quincy, IL  62301-3400 | $41,256.75 |
| Maria Stein Animal Clinic<br>8155 State Route 119<br>Maria Stein, OH 45860-8710 | $33,205.27 |
| MWI Veterinary Supply<br>14659 Collections Center Drive<br>Chicago, IL 60693-0001 | $23,871.51 |
| Steffen Oil Co. Inc.<br>705 W Market<br>PO Box 553<br>Bluffton, IN 46714-0553 | $21,639.45 |
| Commodity Specialists Company<br>6555 Busch Blvd<br>Columbus, OH 43229-1739 | $19,210.52 |
| Landrum, Doug<br>2077 S 200 W<br>Huntington, IN 46750-9184 | $17,535.03 |
| Max Beer<br>Beer Farms, Inc.<br>1971 W 300 S<br>Berne, IN 46711-9579 | $15,000.00 |
| Cole Warren Farms<br>7147 S County Road 130 W<br>Frankfort, IN 46041-7553 | $13,031.88 |

| | |
|---|---|
| Zeeland Farms Services, Inc.<br>2525 84th Ave<br>Zeeland, MI 49464-9501 | $12,935.54 |
| Unlimited Electric Inc<br>6450 N Rushville Rd<br>Carthage, IN 46115-9775 | $11,755.00 |
| Veterinary & Poultry Supply, Inc.<br>2598 E Maple Dr<br>Bluffton, IN  46714-9246 | $8,564.61 |

      I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __8/10/2010__, 2010            By: _____

                                                       Leontien Martina Wilhemina van de Laar
                                                       Manager, Four-Leaf Clover Dairy, LLC