UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| FOUR-LEAF CLOVER DAIRY, LLC | ) | CASE NO. 10-13574 |
| | ) | |
| | ) | |
| Debtors | ) | |

**ORDER**

At Fort Wayne, Indiana, on January 21, 2011.

Debtors' Motion to Continue Hearing on Disclosure Statement, Extending the Deadline for Filing Objections to Disclosure Statement, and Setting Deadline for Amendments to Disclosure Statement is DENIED.

SO ORDERED.

*/s/ Robert E. Grant*
Chief Judge, United States Bankruptcy Court