UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 10-13574 |
| | ) | CHAPTER 11 |
| FOUR-LEAF CLOVER DAIRY, LLC | ) | REG/tb |
| | ) | |
| Debtor(s) | | |

**ORDER**

At Fort Wayne, Indiana, on January 27, 2011.

A hearing with regard to the adequacy of Debtor's proposed disclosure statement was held at Fort Wayne, Indiana, on January 26, 2011, with John Burns and Kevin Mitchell, counsel for debtor, Robert Nicholson, counsel for the Unsecured Creditors' Committee, Matthew Hohman, counsel for Bank of America, Karen Lobring, counsel for Deere & Company, Brian Heck, counsel for EMJ Farms LLC, Kenneth Chigges, counsel for Phenix Farms Inc., David Swihart, counsel for Veterinary and Poultry Supply Inc., and Kristin Mihelic, counsel for the United States Trustee, present.

By agreement of the parties:

1. Debtor's proposed disclosure statement, filed on December 9, 2010, is WITHDRAWN. An amended disclosure statement shall be filed within twenty-one (21) days.

2. Debtor's motion to extend the exclusivity period is GRANTED and the exclusive time within which Debtor has to file a proposed plan is extended to March 9, 2011.

SO ORDERED.

*/s/ Robert E. Grant*
Chief Judge, United States Bankruptcy Court